William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| Faith Assembly of Christ, Inc-DC | * | Case No. 24-00113 |
| Debtor. | * | (Chapter 11) |
| _____ | * | |

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**COMES NOW** the debtor Faith Assembly of Christ, Inc-DC, represented by counsel William C. Johnson Jr., Esq. pursuant to 11 U.S.C. § 329(a) and F.R. Bankr. P. 2016(b), certifies that he has entered his appearance as counsel to the above named debtor, subject to approval of my employment, and that compensation paid to me within one year prior to the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with this bankruptcy adversary proceeding as follows:

1. Subject to the limitation provided herein, it has been agreed that I will be compensated based on my regular hourly rate, currently $450.00 per hour, plus reimbursement of expenses. My fee agreement also calls for the positing of an initial retainer of $10,000.00. To date, $1,262.00 has been paid by the debtor.

2. I have not agreed to share any compensation with any other person.

3. In return for the above disclosed fee arrangement, I have agreed to render legal services for all aspects of the bankruptcy case, including among others: (1) general advice and counsel concerning compliance with the requirements of Chapter 11; (2) preparation of any necessary amendments to the debtor's schedules, statement of financial affairs, and related documents as appropriate; (3) representation of the debtor in contested matters and adversary

proceedings in this Court, if deemed appropriate; (4) representation as appropriate in any related matters in other Courts; (5) advice and counsel concerning the structure of a plan and any required amendments thereto if conversion to Chapter 7 is allowed; (6) advice concerning the feasibility of confirmation of a plan and representation in connection with the confirmation process; (7) liaison, consultation, and where appropriate, negotiation with creditors and other parties in interest; (8) review of relevant financial information; (9) review of claims with a view to determining which claims are allowable and in what amounts; (10) prosecution of claims objections, as appropriate; (11) representation at any hearings or status conferences in court; and (12) such representations as may be necessary and appropriate to the case.

**WHEREFORE**, I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

April 17, 2024  */s/ William C. Johnson, Jr.*
William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813
William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of April 17, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

2

All creditors on Mailing Matrix

April 17, 2024                                      */s/ William C. Johnson, Jr.*
                                                    William C. Johnson, Jr., Esq.