**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 24-00113-ELG |
|---|---|
| **Faith Assembly of Christ, Inc-DC** <br> Debtor(s). | **Chapter 11** |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 6/5/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 4/18/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.