Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for ML Capital Investments LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-113-ELG |
| | ) | (Chapter 11) |
| FAITH ASSEMBLAY OF CHRIST, INC. | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor ML Capital Investments LLC and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 22, 2024 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for ML Capital Investments, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig