## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**Faith Assembly of Christ, Inc-DC,**

      **Debtor.**

**Case No. 24-00113-ELG**

**Chapter 11**

## NOTICE OF MOTION TO DISMISS AND HEARING
## AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **May 22, 2024**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **May 29, 2024 at 10:00  a.m.** The hearing will be held in a Zoom for Government format. All participants must appear by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

May 6, 2024                                        GERARD R. VETTER
                                                  ACTING U.S. TRUSTEE, REGION 4


                                                  By: */s/ Kristen S. Eustis*
                                                  Kristen S. Eustis, Trial Attorney
                                                  Federal Bar No. MD28984
                                                  Office of the United States Trustee
                                                  1725 Duke St., Suite 650
                                                  Alexandria, VA 22314
                                                  (703) 557-7227- Direct Dial
                                                  Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on May 6, 2024, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

William C. Johnson, Jr. wcjjatty@yahoo.com, wcjjatty@yahoo.com;
johnsonwr90391@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


I further certify that on May 6, 2024, a copy of the foregoing Notice of Hearing was served by first class mail, postage prepaid to the Debtor and its List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

Faith Assembly of Christ, Inc-DC
4821 Georgia Avenue, NW
Washington, DC 20011

DC Office of Tax and Revenue
1101 4th St. SW, #270
Washington, DC 20024

Internal Revenue Service
31 Hopkins Plaza
Baltimore, MD 21201


                                    /s/ Robert W. Ours
                                    Robert W. Ours
                                    Paralegal Specialist