BOOK:48264 PAGE:282
Prince George's Cty Cir Crt
IMP FD SUR $40.00
RECORDING FEE $75.00
TR TAX STATE $7,925.00
TOTAL $8,040.00
ME  CW
Nov 01, 2022     10:56 am

Prince George's County, MD
Approved by  YKO   11/01/2022
Recordation Tax Paid    $8,717.50
Transfer Tax Paid       $22,190.00

Tax Account No.: 04-0257790

# THIS DEED made this 30th day of September, 2022 by and between

## Randy E. Otis and
## Annetta L. Otis, husband and wife

party of the first part, and

## Alfonso Way and Tawanna Way, husband, and wife and
## Faith Assembly of Christ, Inc. (of Washington DC)

party of the second part.

*WITNESSETH*, that in consideration of the sum of ONE MILLION FIVE HUNDRED EIGHTY FIVE THOUSAND AND 00/100 ($1,585,000.00), receipt of which is hereby acknowledged and which the party of the first part hereby certifies under the penalties of perjury as the actual consideration paid or to be paid, including the amount of any deed of trust or mortgage outstanding, the said party of the first part do hereby grant and convey to the said party of the second part in fee simple as **tenants in common** all that property situate in Prince George's, Maryland, and described:

**"SEE LEGAL DESCRIPTION ATTACHED HERETO MADE APART HEREOF"**

which has an address of 12807 Duley Station Road, Upper Marlboro, MD 20772.
    Being the same property described in Liber 29707 at folio 001, among the said Land Records.

*SUBJECT TO* covenants, easements and restrictions of record.

*TO HAVE AND TO HOLD* said land and premises above described or mentioned and hereby intended to be conveyed, together with the buildings and improvements thereupon erected, made or being, and all and every title, right, privilege, appurtenance and advantage thereunto belonging, or in anywise appertaining, unto and for the proper use only, benefit and behalf forever of said party of the second part in fee simple.

*AND* the said party of the first part covenant that he/she/they will warrant specially the property hereby conveyed and that they will execute such further assurances of said land as may be requisite or necessary.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0282, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

*IN TESTIMONY WHEREOF*, the said party of the first part have set their hands and seals the day and year first above written.

_____(Seal)      _____(Seal)
**Randy E. Otis and**                **Annetta L. Otis**

STATE OF Maryland
County of Prince Georges to wit:

I Hereby Certify, That on this 20th day of September, 2022, before me, the subscriber, did personally appear Randy E. Otis and, Annetta L. Otis, known to me or satisfactorily proven to be the person(s) whose name(s) is/are set forth in the within deed, and did further acknowledge that he/she/they executed the aforegoing deed for the purposes therein contained.

WITNESS MY HAND AND NOTARIAL SEAL

SABRINA HARPER
Notary Public, State of Maryland
Prince George's County
My Commission Expires December 2, 2025

_____
Notary Public

**Title Insurer:** First American Title Insurance Company
**Case No.:** 2022-5493

**REMIT TO:**

Choice Settlement Group, LLC
9418 Annapolis Road, Suite 103,
Lanham, MD 20706

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0283, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0284, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

# "Exhibit A"

All of those lots or parcels of land located in Prince George's County, Maryland and more particularly described as follows:

BEING two (2) parcels of land hereinafter described, the first parcel of land being part of the lands acquired by Harrison B. Irwin and Charlotte W. Irwin from Matilda Wood Duvall and Peter Wood Chichester, executors of the last will of Fredericka Johns Woods, by deed dated November 19, 1953, as recorded in Liber 1675, at folio 410, the second parcel of land being comprised of part of the property acquired by Harrison B. Irwin and Charlotte W. Irwin by the aforementioned deed recorded in Liber 1675, at folio 410 and part of the Lands acquired by Harrison B. Irwin and Charlotte W. Irwin from the Potomac Electric Power Company, by deed dated September 8, 1959, as recorded in Liber 2376, at folio 568, all among the Land Records of Prince George's County, Maryland, said parcels of land being described as follows:

PART ONE FEE:

BEGINNING for the first parcel of land at a point on the southerly Right of Way line of Duley Station Road, 50 foot Right of Way, said point lying 25 feet southerly of and radial to Centerline Station 91+69.87 as shown on Prince George's county Right of Way Plat Number 377, said point also lying North 02 degrees 08 minutes 32 seconds West 2.78 feet from a pipe found at the northerly corner of Parcel 49, thence running with and binding on the southerly Right of Way line of Duley Station Road as now laid out and existing:

153.26 feet along the arc of a curve deflecting to the left, having a radius of 661.80 feet and a chord bearing and distance of South 73 degrees 47 minutes 12 seconds East, 152.92 feet to a point, thence;
South 80 degrees 25 minutes 16 seconds East, 1,114.91 feet to a point of curvature, thence;
310.49 feet along the arc of a curve deflecting to the right, having a radius of 548.04 feet and a chord bearing and distance of South 64 degrees 11 minutes 27 seconds East, 306.36 feet to a point, thence;
South 47 degrees 57 minutes 37 seconds East 444.14 feet to a point of curvature, thence;
113.03 feet along the arc of a curve deflecting to the left, having a radius of 661.61 feet and a chord bearing and distance of South 52 degrees 50 minutes 55 seconds East, 112.89 feet to a point on said southerly Right of Way line of Duley Station Road, said point also lying on and along a portion of the Fifth or South 46 degrees 30 minutes East 245 4/5 perch line as described in Liber 1675 at folio 410, running thence with a portion of said original deed line;
South 49 degrees 51 minutes 23 seconds East, 206.42 feet to a point, said point being

at the common corner of the property acquired by Harrison B. Irwin and Charlotte W. Irwin by the aforementioned deed recorded in Liber 1675 at folio 410, and a portion of the property acquired by Harrison B. Irwin and Charlotte W. Irwin from the Potomac Electric Power Company, by deed dated September 8, 1959 as recorded in Liber 2376 at Folio 568, running thence with a portion of the property acquired by said Liber 2376 at folio 568;

North 33 degrees 51 minutes 19 seconds East, 54.97 feet to a point near the southerly Right of Way line of Duley Station Road,
thence;

South 75 degrees 28 minutes 42 seconds East, 7.21 feet to an iron pipe found at the northerly common corner of the property of said Harrison B. and Charlotte W. Irwin, and the Property of Willie R. Lee, Jr. and Kimberly S. Lee, Liber 16385, folio 616, Parcel 155, running thence with the common division line between Irwin, Liber 2376, folio 568 and Lee, Liber 16395, folio 616; South 28 degrees 41 minutes 19 seconds West 76.92 feet to an iron pipe found at the common corner of part of the property acquired by said Harrison B. and Charlotte W. Irwin by deed recorded in Liber 1675, at folio 410, and the property of said Willie R. Lee, Jr. and Kimberly S. Lee, Liber 16385, at folio 616, thence running with said common division line between said Irwin and Lee;

South 47 degrees 09 minutes 18 seconds West, 246.90 feet to an iron pipe found, thence; South 36 degrees 04 minutes 46 seconds West, 73.44 feet to a 36 inch Oak Tree, thence; South 06 degrees 59 minutes 08 seconds West 132.00 feet to an iron pipe found, thence; South 22 degrees 26 minutes 27 seconds East, 104.48 feet to an iron pipe found, thence; North 72 degrees 56 minutes 46 second East 630.13 feet to an iron pipe found at the easterly common corner of the property of said Harrison B. and Charlotte W. Irwin, Liber 2376, folio 568, and the property of said Willie R. Lee, Jr. and Kimberly S. Lee, Liber 16385, at folio 618, said point also lying on the westerly outline of a 250 foot Potomac Electric Power Company Transmission Right of Way, thence running with the common division line between the property of Harrison B. and Charlotte W. Irwin by Deeds recorded in Liber 2376, at folio 568, and Liber 1675, at folio 410, and the property of the Potomac Electric Company, Liber 2376, folio 564; South 01 degrees 51 minutes 11 seconds East 3,639.21 feet to a point, said point being at the common corner of the property of said Harrison B. and Charlotte W. Irwin, Liber 1675, at folio 410, and the property of Joseph R. Farmer, Liber 3655, folio 268, Parcel 64 running thence with the common division line between said Irwin and Farmer;

South 61 degrees 22 minutes 42 seconds West 150.58 feet to a point at the common corner of the property of said Irwin Farmer and the property of Alexis Shada Company, Inc., Liber 12472, folio 182, parcel 37, thence running with the common division line between said Harrison and Alexis Shada Company, Inc.

North 50 degrees 36 minutes 28 seconds West, 720.14 feet to a fence post found by two large stones, said fence post being at the common corner of the property of said Irwin, Alexis Shada Company, Inc., and the property of George W. Walker, Liber 12867, folio 215, Parcel 215, thence running with the common division line between the property of said Harrison B. Irwin and George W. Walker, and also along the common division line of George A. Aist, Liber 6913, folio 823, Parcel 64, David T. Rawlings, Liber 6534, folio 705, Parcel 99, and Rita J. Oats, Liber 6534, folio 713, Parcel 166;

North 37 degrees 28 minutes 00 seconds West 3,999.46 feet to an iron pipe found by a

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0285, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

stone at the common corner of the property of said Harrison B. Irwin, Rita J. Oats, and the property of Henry A. Meinhardt, Liber 4126, Folio 964, Parcel 49, passing iron pipes found along the entire division line at distances of 1,825.27 feet, 2,367.19 feet and 3,084.96 feet, thence running with the deed line of Liber 1675, at folio 410, along an ancient fence line;
North 62 degrees 51 minutes 28 seconds East, 603.90 feet to a point, thence;
North 02 degrees 08 minutes 32 seconds West, 957.14 feet to the point of beginning, passing in transit an iron pipe found 2.78 feet from the end thereof.
CONTAINING 8,008,647 square feet or 183.8532 acres of land, as shown on a Plat prepared by .. RDA Engineering Company in October, 2003.

PART TWO-FEE:

BEGINNING for the said second parcel of land at an iron pipe set at the common corner of the property of said Harrison B. Irwin, Liber 1675, folio 410, and the property of Peggy Woods, Liber 3472, folio 2, Parcel 23, said point also lying on the easterly outline of a 250 foot Potomac Electric Power company Transmission Right of Way line, running thence with the common division line between the property of said Harrison B. Irwin, Liber 1675, folio 410, and Peggy Woods, Liber 3472, folio 4;

South 49 degrees 51 minutes 23 seconds East, 2,272.29 feet to a fence post found at the common corner of the property of said Harrison B. Irwin, Peggy Woods, and Lot 5 of the Land Tree Subdivision, Plat book NLP 26, at plat 87, and the property of Russell Watson, Sr., Liber 5498, folio 330, Parcel 29, running thence with the common division line between the property of said Harrison B. Irwin and Russell Watson, Sr.,
South 33, degrees 17 minutes 32 seconds West, 1,647.13 feet to an iron pipe found at the common corner of the property of said Harrison B. Irwin,. and the property of Russell Watson, Sr., Liber 5498, folio 334, Parcel 3, and the property of Joyce D. Duckett, Liber 8690, folio 551, parcel 2, thence running with the common division line between the property of said Harrison B. Irwin and the property of Joyce D. Duckett;
South 61 degrees 22 minutes 42 seconds West 829.44 feet to a point at the common corner of the property of said Harrison B. Irwin, Liber 1675, folio 410, and the property of the aforementioned Joseph R. Farmer, Liber 3655, folio 268, Parcel 64, passing in transit an iron pipe found lying 1.3 feet along said line from the end thereof, said common corner also lying on the easterly outline of the aforementioned 250 foot Potomac Electric Power Company Transmission Right of Way line, thence running with the said easterly outline of the Potomac Electric Power Company property and the westerly line of the property of said Harrison B. Irwin; North 01 degrees 51 minutes 11 seconds West, 3,240.79 feet to the point of beginning.

CONTAINING 3,058,002 square feet or 70.201 acres of land, as shown on a plat prepared by RDA Engineering Company in October, 2003.

Subject to a 30 foot Right of Way for ingress and egress to the Willie R. Lee, Jr. property in Liber 16385, folio 618.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0286, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

TOGETHER WITH, the right of ingress and egress across the land of Potomac Electric Power Company, as reserved within Deed by and between Harrison B. Irwin and Charlotte W. Irwin and Potomac Electric Power Company dated September 19, 1959; and recorded among the Land Records of Prince George's County, Maryland in Liber 2376, folio 564.

ALL THREE (3) PARCELS BEING ASSESSED AS 253.9400 ACRES  (TAX ID #04-0257790)

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0287, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0288, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

I certify that this instrument was prepared under the supervision of an attorney admitted to practice before the Court of Appeals of the State of Maryland.

_____
Kevin Williams, Esq., Maryland Attorney

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2022** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor  Annetta L. Otis

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

12807 Duley Station Road, Upper Marlboro, MD 20772

**3. Reasons for Exemption**

**Resident Status**   [X]   As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ]   Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**   [ ]   Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____        Annetta L. Otis          20Sep2022
Witness                                    Name                       **Date
                                                   _____
                                                   Signature

**3b. Entity Transferors**

_____        Name of Entity
Witness/Attest

                                                   By _____

                                                   Name                       **Date

                                                   Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

Case 24-00113-ELG   Doc 13-1   Filed 05/17/24   Entered 05/17/24 21:58:25   Desc
Exhibit A - Deed   Page 9 of 11

BOOK: 48264 PAGE: 290

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0290, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2022** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor Randy E. Otis

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

12807 Duley Station Road, Upper Marlboro, MD 20772

**3. Reasons for Exemption**

**Resident Status** [X] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence** [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

Witness

Name: Randy E. Otis
Signature
**Date: 20 Sep 2022

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name    **Date

Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

STATE OF Maryland

COUNTY OF Prince George's

I HEREBY CERTIFY, that on this 14th day of ~~September~~ October 14th, 2022, before me the subscriber, a Notary Public, of the aforesaid State and County, personally appeared the undersigned, , who made oath in due form of law as follows:

That I/we am over 18 years of age and competent to testify to the matter set forth herein. This affidavit is made on my personal knowledge.

That I am the grantee of the residentially improved real property known as:

**12807 Duley Station Road, Upper Marlboro, MD 20772**

That I, as grantee, will be occupying the above named premises as my principal residence for at least seven (7) months of a twelve (12) month period.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

_____
Alfonso Way

_____
Tawanna Way

Sworn to and subscribed before me this 14th day of ~~September~~ October, 2022.

_____
Notary Public
My commission expires: _____

SABRINA HARPER
Notary Public, State of Maryland
Prince George's County
My Commission Expires December 2, 2025

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☒ County: Prince George's

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

### 1. Type(s) of Instruments
( ☐ Check Box if addendum Intake Form is Attached.)
- ✔ Deed / Deed of Trust
- ☐ Mortgage / Lease
- ☐ Other _____
- ☐ Other _____

### 2. Conveyance Type (Check Box)
- ✔ Improved Sale Arms-Length [1]
- ☐ Unimproved Sale Arms-Length [2]
- ☐ Multiple Accounts Arms-Length [3]
- ☐ Not an Arms-Length Sale [9]

### 3. Tax Exemptions (if applicable) — Cite or Explain Authority
- Recordation:
- State Transfer:
- County Transfer:

### 4. Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 1,585,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ 350,000.00 | X ( ) % = | $ |
| Balance of Existing Mortgage | $ 462,942.69 | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5. Fees

| Amount of Fees | Doc. 1 | Doc. 2 |
|---|---|---|
| Recording Charge | $ 60.00 | $ 115.00 |
| Surcharge | $ | $ |
| State Recordation Tax | $ 8,717.50 | $ |
| State Transfer Tax | $ 7,925.00 | $ |
| County Transfer Tax | $ 22,190.00 | $ |
| Other | $ | $ |
| Other | $ | $ |

Agent:
Tax Bill:
C.B. Credit:
Ag. Tax/Other:

### 6. Description of Property
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 04 | 0257790 | 29707  001 | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| Metes and Bounds | | | | | |

Location/Address of Property Being Conveyed (2): **12807 Duley Station Road, Upper Marlboro, MD 20772**

Other Property Identifiers (if applicable): 
Water Meter Account No.:

Residential ✔ or Non-Residential ☐  |  Fee Simple ✔ or Ground Rent ☐  |  Amount:
Partial Conveyance? ☐ Yes  ✔ No   Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

### 7. Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Randy E. Otis and Annetta L. Otis | Alfonso & Tawanna Way, and Faith Assembly of Christ, Inc |

| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
|---|---|

### 8. Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Alfonso & Tawanna Way, and Faith Assembly of Christ, Inc | CHOICE SETTLEMENT GROUP LLC |

New Owner's (Grantee) Mailing Address: **P.O. Box 1971, UPPER MARLBORO, MD 20772**

### 9. Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | Randy E. Otis and Annetta L. Otis |

### 10. Contact/Mail Information

Instrument Submitted By or Contact Person
- Name: POST CLOSING
- Firm: Choice Settlement Group, LLC
- Address: 9418 Annapolis Road, Suite 103
- Lanham, MD 20706
- Phone: (301) 574-4333

☒ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

### 11. IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

Assessment Information:
- ✔ Yes  ☐ No  Will the property being conveyed be the grantee's principal residence?
- ☐ Yes  ✔ No  Does transfer include personal property? If yes, identify: _____
- ☐ Yes  ✔ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

### Assessment Use Only – Do Not Write Below This Line

Terminal Verification ___  Agricultural Verification ___  Whole ___  Part ___  Tran. Process Verification ___
Transfer Number ___  Date Received: ___  Deed Reference: ___  Assigned Property No.: ___

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | 20 | 20 | Geo. | | Map | Sub | Block |
| Land | | | Zoning | | Grid | Plat | Lot |
| Buildings | | | Use | | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: White – Clerk's Office   Canary – SDAT   AOC-CC-300 (5/2007)
Pink – Office of Finance   Goldenrod – Preparer   Order Number: **2022-5493**

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 48264, p. 0292, MSA_CE64_48573. Date available 11/02/2022. Printed 04/16/2024.
BOOK 48264 PAGE 292