Doc #: 2024022075
03/11/2024 11:17 AM



**Government of the District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

Affidavit of Non-
Residential Mortgage
Foreclosure recorded on
Feb. 9, 2024 as
Instrument No.
2024012757

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Law 90-566, approved October 12, 1968)

Square: 3011    Suffix:    Lot: 0193

List Name and address of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO: Faith Assembly of Christ Inc.
See Exhibit A

FROM: ML Capital Investments LLC    PHONE: (301) 266-0588

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON April 16, 20 24, AT THE OFFICE OF Harvey West Auctioneers, Inc.
5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015
2:10 P.M.    THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on Sept. 22, 20 22.

Liber:    Folio:    Instrument No: 2022097338

Maker(s) of the Note secured by the instrument: Faith Assembly of Christ Inc.
See Exhibit A    See Exhibit A
Phone        Last Known Address

Description of Property: Commercial Property - Religious
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)
Address: 4821 Georgia Avenue, NW, Washington, DC 20011

Square: 3011    Lot: 0193    or Parcel No:

Holder of the Note (Name): ML Capital Investments LLC
Phone: (202) 425-5727    Address: 1638 White Pine Drive, Vienna, VA 22182

Balance owed on the Note: $ 2,014,358.00 *
Minimum balance required to cure default obligation pursuant to D.C. Law 5-82
¡Right to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.¡
$ N/A commercial loan

Name of person to contact to stop foreclosure sale: Russell S. Drazin
Address: 4400 Jenifer Street, N.W., Suite 2, Washington DC 20015    Phone: (202) 223-7900

** as of March 11, 2024

★ ★ ★

**NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
OR CONDOMINIUM UNIT**

**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

Square: 3011   Suffix:    Lot: 0193

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on March 11, 20 24; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

03/11/2024
Date

(Signature of Noteholder or his agent)

I, Deborah A. Stewart, a Notary Public in and for the District of Columbia,
DO HEREBY CERTIFY THAT Russell S. Drazin
who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the 11th day of March, 20 24, personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be his act and deed.

Given under my hand and seal this 11th day of March, 20 24.

Notary Public

My Commission Expires: 09/30/2025
mmddyyyy

# EXHIBIT A

<u>Borrower, Grantor, and Record Owner:</u>

**Faith Assembly of Christ Inc.**, a District of Columbia non-profit corporation

4821 Georgia Avenue, NW
Washington, DC 20011

4825 Georgia Avenue, NW
Washington, DC 20011

c/o Alfonso Way, Registered Agent
4821 Georgia Avenue, NW
Washington, DC 20011

c/o Bobby G. Henry, Jr., attorney
Henry Legal Firm, LLC
9701 Apollo Drive, Suite 301
Upper Marlboro, MD 20774

c/o Bobby G. Henry, Jr., attorney
Henry Legal Firm, LLC
8700 Jericho City Drive
Landover, MD 20785

c/o H. Robert Showers, attorney
Simms Showers LLP
305 Harrison Street SE
Third Floor
Leesburg, Virginia 20175

(202) 297-1552

```
Doc #: 2024022075
Filed & Recorded
03/11/2024 11:17 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES         $25.00
   SURCHARGE               $6.50
TOTAL:                    $31.50
```