William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
|   Faith Assembly of Christ, Inc-DC | * | Case No. 24-00113 |
|       Debtor. | * | (Chapter 11) |
| _____ | * | |

## DEBTOR'S CONSENT TO MOTION TO DISMISS CHAPTER 11 CASE

**COMES NOW** the debtor Faith Assembly of Christ, Inc-DC, represented by counsel William C. Johnson Jr., Esq. pursuant to 11 U.S.C. § 1112, hereby Consent to the Chapter 11 Trustee's Motion to Dismiss Chapter 11 Case. In support thereof the Debtor States as follows:

1. The Debtor filed the instant action to stop the foreclosure sale of its place of worship.

2. The debtor wanted additional time to effectuate the sale of the real property.

3. Debtor's principal, after receiving the Chapter 11 Guidelines and Acknowledgement decided that it no longer wanted to participate in Chapter 11.

4. Debtor's principal failed to participate in the Initial Debtor Interview due to a "training" conflict at his place of employment.

5. The Chapter 11 Trustee's Office was informed, and the Initial Debtor Interview did not proceed.

6. The Chapter 11 Trustee's Office was informed of debtor's desire to dismiss the Chapter 11 Case.

7.     The Motion to Dismiss was filed May 7, 2024. Debtor's Counsel informed the debtor's principal of the motion to which the debtor consented.

8.     A final written confirmation of the debtor's consent to the dismissal was received from the debtor's principal allowing debtor's counsel to file the instant pleading.

**WHEREFORE**, I hereby certify that the foregoing is a complete statement of consent by the debtor to the Chapter 11 Trustee's Motion to Dismiss Chapter 11 Case.

May 18, 2024

*/s/ William C. Johnson, Jr.*
William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813
William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of May 18, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

May 18, 2024

*/s/ William C. Johnson, Jr.*
William C. Johnson, Jr., Esq.

2