**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
| Faith Assembly of Christ, Inc-DC | * | Case No. 24-00113 |
| Debtor. | * | (Chapter 11) |
| _____ | * | |

**ORDER-MOTION TO DISMISS CHAPTER 11 CASE**

**UPON CONSIDERATION** the Chapter 11 Trustee's Motion to Dismiss Chapter 11 Case, and any opposition thereto, it is hereby;

**ORDERED**, the Chapter 11 Trustee's Motion to Dismiss Chapter 11 Case is **GRANTED**.

Cc:

William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix