| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00113-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sat May 18 08:59:36 EDT 2024 | Faith Assembly of Christ, Inc-DC<br>4821 Georgia Avenue, NW<br>Washington, DC 20011-4523 | ML Capital Investments LLC<br>c/o The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Accountexx Corporation<br>7327 Hanover Parkway Suite D<br>Greenbelt, MD 20770-3619 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520 WASHINGTON DC 20013 |
| DC Office of Tax Revenue<br>1101 4th St SW<br>#270<br>Washington, DC 20024-4457 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| William C. Johnson Jr.<br>The Johnson Law Group, LLC<br>6305 Ivy Lane,<br>Suite 630<br>20770<br>Greenbelt, MD 20770-1465 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Services<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | End of Label Matrix<br>Mailable recipients    9<br>Bypassed recipients    0<br>Total                  9 |