The order below is hereby signed.

Signed: June 4 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-113-ELG |
| | ) | (Chapter 11) |
| FAITH ASSEMBLY OF CHRIST, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Upon consideration of the U.S. Trustee's Motion to Dismiss Chapter 11 Case (the "Motion," as found at DE #11), the joinder of ML Capital Investments LLC thereto, the arguments adduced at a hearing thereupon, the record herein, and controlling law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the above-captioned case be, and hereby is, DISMSISED WITH PREJUDICE; and it is further

ORDERED, that any petition pursuant to Section 301 of Title 11 of the United States Code, filed by Faith Assembly of Christ, Inc. shall be void, and of no effect, regardless of the court in which said petition is filed, if filed within six (6) calendar months of the date of this order; and it is further

ORDERED, that should the above-named debtor be subject to an involuntary petition for relief under Section 303 of Title 11 of the United States Code within six (6) calendar months of

the date of this order, the automatic stay set forth in Section 362 of Title 11 of the United States Code shall not become effective in connection with said bankruptcy case(s).

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for ML Capital Investments, LLC*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*